

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00200-CR
No. 02-19-00201-CR

EX PARTE MOHAMMAD RASHID SALIM

---

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Nos. C-432-W011268-1487220-AP, C-432-W011462-1487220-BP, C-432-W011269-1487226-AP, C-432-W011466-1487226-BP

---

### ORDER

Appellant Mohammad Rashid Salim's brief was originally due July 10, 2019. This court has granted one previous extension of time to file appellant's brief. On July 16, 2019, in granting "Appellant's Motion to File Brief Out of Time," we ordered the brief due Monday, August 12, 2019, and we stated in our order that **NO FURTHER EXTENSIONS WOULD BE GRANTED**. Appellant has not filed a brief.

Accordingly, it is ORDERED that the Hon. Heather M. Lytle, counsel for appellant, file an appellate brief with this court on behalf of appellant on or before **Monday, August 26, 2019**. **NO FURTHER EXTENSIONS OF TIME FOR**

**FILING APPELLANT'S BRIEF WILL BE GRANTED.** Failure to timely comply with this order will result in these cases being abated and remanded to the trial court to conduct a hearing to determine whether the appellant desires to prosecute the appeals, whether the appellant is indigent, or, if not indigent, whether retained counsel has abandoned the appeals, and, if deemed appropriate, to make findings for the purpose of aiding this court in determining whether to initiate contempt proceedings against appellant's counsel. *See* Tex. R. App. P. 38.8(b)(2)–(4).

We direct the clerk of this court to send a copy of this order to appellant's counsel via certified mail return receipt requested and email, and to all other counsel of record, and to the trial court judge.

Dated August 16, 2019.

Per Curiam